# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ERIC L. RUDOLPH, | : No. 74 WM 2014 |
| Petitioner | : |
| v. | : |
| WESTMORELAND COUNTY COURT OF COMMON PLEAS, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 21st day of November, 2014, the Application for Leave to File Original Process is **GRANTED**.  The Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED** to the extent it requests extraordinary relief and **GRANTED** to the extent it requests mandamus relief.  The court of common pleas is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.